JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8937
   Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA K. SMITH,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.   )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Acting Commissioner of  )<br>Social Security,  )<br>  )<br>   Defendant.  )<br>_____ ) | CIVIL NO. CV-09-03777 MHP<br><br>STIPULATION AND ORDER FOR EXTENSION |

   IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 22-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment. This extension is being sought because the undersigned counsel for the Commissioner has had 4 district court briefs due the week of February 1-5, 2010, plus a Ninth Circuit mediation conference. She also has 2 Ninth Circuit briefs and 4 more district court briefs due between February 8 and 19, 2010.

   The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on February 26, 2010.

///

///

| | | |
|---|---|---|
| Dated: February 5, 2010 | | /s/ *Ian M. Sammis*<br> *(As authorized via email)*<br>IAN M. SAMMIS<br>Attorney for Plaintiff |
| | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: February 5, 2010 | By: | /s/ *Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant United States Attorney |

IT IS SO ORDERED.

Dated: 8/10/2010

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signature, Judge Marilyn H. Patel]*

MARILYN
United Sta...

2